IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-3-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEVENDRA PATEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by James S. Weidner, Jr, concerning William W. Watkins, Sr. on February 8, 2013. Mr. Watkins seeks to appear as counsel *pro hac vice* for Defendant Devendra Patel. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4 ) is **GRANTED.** Mr. Watkins is hereby admitted *pro hac vice* to represent Defendant Devendra Patel.

**SO ORDERED**.

Signed: February 21, 2013

David C. Keesler
United States Magistrate Judge